# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Earl McCracken<br>                            Debtor(s)<br><br>THE MONEY SOURCE<br>                            Movant<br>vs.<br><br>Thomas Earl McCracken<br>                            Debtor(s)<br><br>Ronda J. Winnecour,<br>                            Trustee | BK NO. 22-70141 JAD<br><br>Chapter 13<br><br>Related to Doc No. 40 |

## CERTIFICATE OF SERVICE
### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 30, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Thomas Earl McCracken
1226 Water Street
Indiana, PA 15701

Attorney for Debtor(s)
Michael Alan Siddons,, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: December 30, 2022

                                          **/s/Brian C. Nicholas Esquire**
                                          Brian C. Nicholas Esquire
                                          Attorney I.D. 317240
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          201-549-5366
                                          bnicholas@kmllawgroup.com