**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| THOMAS EARL MCCRACKEN | Case No.:22-70141 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/28/2022 and confirmed on 07/26/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,940.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,940.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,063.34 | |
|     Trustee Fee | 85.28 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,148.62 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| THE MONEY SOURCE INC<br>  Acct: 0898 | 1,786.38 | 1,786.38 | 0.00 | 1,786.38 |
| THE MONEY SOURCE INC<br>  Acct: 0898 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1,786.38 |
| **Priority** | | | | |
| MICHAEL A SIDDONS ESQ**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS EARL MCCRACKEN<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS EARL MCCRACKEN<br>  Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL A SIDDONS ESQ**<br>  Acct: | 4,050.00 | 1,063.34 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>  Acct: 8159 | 1,347.37 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 22-70141 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX0141 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8159 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0161 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,169.04 | 0.00 | 0.00 | 0.00 |
| Acct: 8503 | | | | |
| PRA AG FUNDING LLC | 690.33 | 0.00 | 0.00 | 0.00 |
| Acct: 6475 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7258 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8159 | | | | |
| KEYBRIDGE MEDICAL REVENUE CARE | 761.38 | 0.00 | 0.00 | 0.00 |
| Acct: 4841 | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 1,791.38 |
|---|---|---|

TOTAL CLAIMED
PRIORITY      1,352.37
SECURED       1,786.38
UNSECURED     3.620.75


Date: 07/10/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com